IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 27 2009

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CR. NO. 2:01CR20017-001

KIMBERLY ANN SOUZA,

    Defendant,

AND

STEPHENS MEDIA GROUP,

    Garnishee.

## ORDER OF GARNISHMENT

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ he had in his possession, custody or under his control, personal property belonging to and due defendant and that garnishee was indebted to defendant.

On March 30, 2009, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS THEREFORE ORDERED that garnishee pay to the plaintiff the sum of twenty-five percent (25%) of the funds currently in its possession belonging to the defendant, pursuant to 15 U.S.C. § 1673. Payments should be made payable to the United States District Court Clerk and mailed to P. O. Box 1547, Fort Smith, Arkansas 72902.

IT IS FURTHER ORDERED that the garnishment of earnings due from garnishee to defendant shall be continuing in nature, and garnishee is directed to continue paying to plaintiff twenty-five percent (25%) of the earnings of defendant, as such earnings become due, until garnishee has paid over to the plaintiff the sum of $107,366.57 to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer had custody, possession or control of any property belonging to the debtor or until further Order of this Court.

IT IS SO ORDERED.

May 27, 2009
Date

HONORABLE ROBERT T. DAWSON
U. S. DISTRICT JUDGE